926

No. 91–7845. STAVROULAKIS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–7847. POU v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–7848. LEWIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–7850. GOUGH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–7852. MONDEJAR v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–7855. MEJIA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–7857. POU v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–7859. AGERTON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–7863. LEVY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–7865. MEJIA-BEJARANO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–7867. THOMAS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–7869. REIDT v. DEPARTMENT OF TRANSPORTATION ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–7874. SUI FUN HO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–7877. JOHNSON v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 91–7879. MARTINEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–7880. LAFOON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.